United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. 4:18-CR-603 |
| JAIME CANALES | § | |

ORDER

On this, the ___ day of _____, 2019, the above Defendant's Agreed Motion for Continuance having been presented to the Court, the Court is of the opinion that the Motion be and is hereby **GRANTED**/~~DENIED~~.

_Defendant will be sentenced on May 9, 2019, at 2:00 p.m._

SIGNED this **6th** day of **January**, 2019.

_____
UNITED STATES DISTRICT JUDGE