IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-603-1 |
| | § | |
| Jaime Alberto Canales | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

2. Sentencing will be held on _Nov. 7, 2019_ at _2:00_ ~~a.m.~~/p.m.

**SIGNED** on this the 19th day of July, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE